John P. Aldrich
Nevada Bar No. 6877
Catherine Hernandez
Nevada Bar No. 8410
**ALDRICH LAW FIRM, LTD.**
1601 S. Rainbow Blvd., Suite 160
Las Vegas, Nevada 89146
(702) 853-5490
(702) 227-1975 (fax)
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JUANITA ARRIAGA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>FASHION SHOW MALL, LLC; MILLARD MALL SERVICES, INC. DOES 1-10; ROE CORPORATIONS 1-10; inclusive<br><br>Defendants. | Case No.: 2:15-CV-01366-APG-VCF<br><br>**STIPULATION AND ORDER TO FILE SECOND AMENDED COMPLAINT** |

IT IS HEREBY STIPULATED AND AGREED between Plaintiff Juanita Arriaga ("Plaintiff"), by and through her attorneys John P. Aldrich, Esq., of Aldrich Law Firm, Ltd., and Defendants Fashion Show Mall, LLC and Millard Mall Services, Inc.,("Defendants"), by and through their attorneys, Gregory M. Schulman, Esq., of Thorndal, Armstrong, Delk, Balkenbush & Eisinger,

/ / /
/ / /
/ / /

that Plaintiff be allowed to file a Second Amended Complaint, correcting the residence of Plaintiff.

The proposed Second Amended Complaint is attached hereto as Exhibit "A".

DATED this _____ day of July, 2015.      DATED this _____ day of July, 2015.

**ALDRICH LAW FIRM, LTD.**           **THORNDAL, ARMSTRONG, DELK, BALKENBUSH & EISINGER LAW OFFICES**

/s/Catherine Hernandez            /s/ Gregory Schulman
JOHN P. ALDRICH, ESQ.             GREGORY M. SCHULMAN, ESQ.
Nevada Bar No. 6877               Nevada Bar No. 5766
Catherine Hernandez, Esq.         1100 E. Bridger Avenue
1601 S. Rainbow Blvd., Suite 160  Las Vegas, Nevada 89101
Las Vegas, Nevada 89146           *Attorneys for Defendant Fashion Show Mall, LLC*
*Attorneys for Plaintiff*

**ORDER**

IT IS SO ORDERED.

Dated: July 28, 2015.

_____
U.S. DISTRICT COURT JUDGE