John P. Aldrich
Nevada Bar No.: 6877
Catherine Hernandez
Nevada Bar No.: 8410
**ALDRICH LAW FIRM, LTD.**
1601 S. Rainbow Blvd, Suite 160
Las Vegas, Nevada 89146
(702) 853-5490
(702) 227-1975 (Fax)
jaldrich@johnaldrichlawfirm.com
chernandez@johnaldrichlawfirm.com

*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JUANITA ARRIAGA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>FASHION SHOW MALL, LLC; MILLARD MALL SERVICES, INC. DOES 1-10; ROE CORPORATIONS 1-10; inclusive<br><br>Defendants. | Case No. 2:15-CV-01366-APG-VCF |

## MOTION FOR CERTIFICATE OF CASH DEPOSIT

COMES NOW, Plaintiff Juanita Arriaga, by and through her attorneys of record, John P. Aldrich, Esq., and Catherine Hernandez, Esq., of the Aldrich Law Firm, Ltd., and hereby requests an Order be issued to allow Plaintiff to deposit with the Clerk of Court into the Registry Account of this Court, cash in the amount of $1,000.00. This Cash Deposit is tendered on behalf of Plaintiff as its bond payment in support of the Defendants' Demand for Security of Costs (Docket No. 5).

According to Defendants' Demand for Security of Costs, the deadline to post the Cash Deposit with the Court is August 21, 2015. Plaintiff sent a check and a Certificate of Cash Deposit to the clerk's office on August 20, 2015, and it was rejected. The clerk stated an Order needed to accompany the Cash Deposit.

Plaintiff again sent a check and a Certificate of Cash Deposit to the clerk's office on August 21, 2015, along with a copy of the Defendants' Demand for Security of Costs (Docket No. 5).

Again it was rejected, the clerk stating there must be an Order. Plaintiff now moves this Court for an Order allowing Plaintiff to deposit with the Clerk of Court into the Registry Account of this Court, cash in the amount of $1,000.00.

The name and address of the Legal Owner of the cash tendered herewith to whom a refund (if applicable) shall be made is:

> Juanita Arriaga
> c/o Aldrich Law Firm, Ltd.
> 1601 S. Rainbow Blvd., Suite 160
> Las Vegas, NV 89146

DATED this ____ day of August, 2015.

**ALDRICH LAW FIRM, LTD.**

/s/ *Catherine Hernandez*
John P. Aldrich, Esq.
Nevada Bar No. 6877
Catherine Hernandez, Esq.
Nevada Bar No. 8410
1601 S. Rainbow Blvd., Suite 160
Las Vegas, NV 89146
Tel.   (702) 853-5490
Fax   (702) 227-1975

## ORDER

IT IS SO ORDERED that Plaintiff be allowed to deposit with the Clerk of Court into the Registry Account of this Court, cash in the amount of $1,000.00.

DATED this __1st__ day of __September__, 2015.

_____
U.S. ~~DISTRICT COURT~~ JUDGE
Magistrate